UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

YONG WANG,

                Defendant.

**ORDER**

11 Cr. 730 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that trial will commence in this matter on **June 10, 2013 at 9:30 a.m.** in Courtroom 705 at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

      Any motions in limine, requested voir dire, and requests to charge are due on **May 10, 2013.** Responsive papers, if any, are due on **May 17, 2013.**

Dated: New York, New York
       May 3, 2013

                              SO ORDERED.

                              Paul G. Gardephe
                              United States District Judge