UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

YONG WANG,

Defendant.

**ORDER**

11 Cr. 730 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The Government will respond to Defendant Yong Wang's motion for compassionate release (Dkt. No. 93) by June 14, 2021.

Dated: New York, New York
June 7, 2021

SO ORDERED.

Paul G. Gardephe
United States District Judge