UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

YONG WANG,

                Defendant.

**ORDER**

11 Cr. 730 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The Government shall respond to the motion at Docket Number 97.

Dated: New York, New York
       June 17, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge