UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>YONG WANG,<br><br>Defendant. | **ORDER GRANTING**<br>**IFP APPLICATION**<br><br>11 Cr. 730 (PGG) |

PAUL G. GARDEPHE, United States District Judge:

      Leave to proceed in forma pauperis is authorized. See 28 U.S.C. § 1915.

Dated:  New York, New York
         April 21, 2023

                                            SO ORDERED.

                                            Paul G. Gardephe
                                            United States District Judge